UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALONZO SHAFFER, et al.,

    Plaintiffs,

v.

                                  Case No. 1:19-cv-313

                                  HON. JANET T. NEFF

SANDY WOODS, et al.,

    Defendants.
_____/

## OPINION AND ORDER

      Plaintiffs Alonzo Shaffer and Malikah Stevenson filed this *pro se* lawsuit against Sandy Woods and State Farm Insurance Agency alleging that their vehicle insurance was wrongfully canceled. The Magistrate Judge conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915(e)(2), and on April 30, 2019, issued a Report and Recommendation, recommending that the action be dismissed with prejudice because it failed to allege any "facts," which even if accepted as true, state a claim upon which relief may be granted (ECF No. 7 at PageID.25).

      The matter is presently before the Court on Plaintiffs' cursory objection to the Report and Recommendation (ECF No. 8), reiterating merely that Defendants wrongfully stole Plaintiffs' money, wrongfully canceled their policy, wrongfully "defamated [sic]" their characters, and violated their "4th Amendment" constitutional rights, which is racial profiling and shows deliberate indifference (*id.* at PageID.28). Such conclusory assertions fail to state any comprehensible claim on the facts presented. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court denies the objection and adopts the Magistrate Judge's

Report and Recommendation as the Opinion of this Court. A Judgment will be entered consistent with this Opinion and Order. *See* FED. R. CIV. P. 58.

For the above reasons and because this action was filed *in forma pauperis,* this Court also certifies pursuant to 28 U.S.C. § 1915(a)(3), as recommended by the Magistrate Judge, that an appeal of this Judgment would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

Accordingly:

**IT IS HEREBY ORDERED** that the Objection (ECF No. 8) is DENIED and the Report and Recommendation of the Magistrate Judge (ECF No. 7) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint (ECF No. 1) is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons stated in the Report and Recommendation and herein.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.


Dated: June 20, 2019                                          /s/ Janet T. Neff
                                                              JANET T. NEFF
                                                              United States District Judge